No. 75–777.  NATIONAL LABOR RELATIONS BOARD v. EN-
TERPRISE ASSOCIATION OF STEAM, HOT WATER, HYDRAULIC
SPRINKLER, PNEUMATIC TUBE, ICE MACHINE & GENERAL PIPE-
FITTERS OF NEW YORK AND VICINITY, LOCAL UNION No. 638.
C. A. D. C. Cir.  [Certiorari granted, 424 U., S. 908.]  Motion
of Chamber of Commerce of the United States for leave to file
a brief as amicus curiae granted.

No. 75–823.  BELCHER v. STENGEL ET AL.  C. A. 6th Cir.
[Certiorari granted, 425 U. S. 910.]  Motion of American
Civil Liberties Union et al. for leave to file a brief as amici
curiae granted.

No. 75–839.  WHALEN, COMMISSIONER OF HEALTH OF
NEW YORK v. ROE ET AL.  Appeal from D. C. S. D. N. Y.
[Probable jurisdiction noted, 424 U. S. 907.]  Motion of
National Association of Mental Health et al. for leave to
file a brief as amici curiae granted.

No. 75–904.  BRUNSWICK CORP. v. PUEBLO BOWL-O-MAT,
INC., ET AL.  C. A. 3d Cir.  [Certiorari granted, 424 U. S.
908.]  Motion of Purex Corp. for leave to file a brief as
amicus curiae granted.  Motion of Procter & Gamble Co.
and Clorox Co. for leave to file an opposition to motion of
Purex Corp. for leave to file a brief as amicus curiae denied.

No. 75–1413.  STANTON, ADMINISTRATOR, INDIANA DEPART-
MENT OF PUBLIC WELFARE, ET AL. v. BOND ET AL.  C. A. 7th
Cir.  [Certiorari granted, 426 U. S. 905.]  Motion of Law-
yers' Committee for Civil Rights Under Law for leave to file
a brief as amicus curiae granted.  MR. JUSTICE STEVENS took
no part in the consideration or decision of this motion.